JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Amini, etc.,<br><br>        Plaintiff,<br><br>   v.<br><br>Pro Custom Solar, LLC, et al.,<br><br>        Defendant(s). | SACV 17-02244  JVS (SKx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days,</u> to reopen the action if settlement is not consummated.

DATED:  September 11, 2018

James V. Selna
United States District Judge