# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Amini, individually an on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRO CUSTOM SOLAR LLC d/b/a momentum solar,<br><br>Defendant. | Case No.: **8:17-cv-2244-JVS**<br><br>**ORDER GRANTING THE PARTIES' JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiff, and without prejudice to the putative class.

IT IS SO ORDERED.

Dated: November 28, 2018        By: _____
                                          JAMES V. SELNA
                                          United States District Judge